# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -9 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**U. S. A. vs. CAL ROLACK**

**Docket No. 2:01CR20042-04**

Petition on Probation and Supervised Release

**COMES NOW** Patrick J. Hanley **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Cal Rolack who was placed on supervision by the Honorable Jon P. McCalla sitting in the Court at Memphis, TN on the 15th day of August, 2001 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

(1)    The defendant shall pay restitution in the amount of $26,105.00. (Outstanding Balance: $25,490.00)

\*      Term of Supervised Release Began: October 28, 2002

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Cal Rolack has failed to satisfy her restitution obligation of $26,105.00. Ms. Rolack's monthly payments of Twenty Dollars ($20.00) remained consistent until she was terminated from her employment in March 2004. Though she has only been employed intermittently since that time, she has continued to make payments to the best of her ability. Ms. Rolack has entered into a payment agreement with the Financial Litigation Unit of the United States Attorney's Office wherein she has agreed to pay Twenty Five Dollars ($25.00) per month until her restitution is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Cal Rolack's supervision be allowed to terminate as scheduled on October 27, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this 9 day of Sept, 20 05, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Patrick J. Hanley
United States Probation Officer

Place: Memphis, TN

Date: September 6, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-9-05

292

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 292 in case 2:01-CR-20042 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT